AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Anthony Bussie
*Petitioner*

v.   Case No. _____
        *(Supplied by Clerk of Court)*

President Donald Trump
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Anthony Bussie**
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: **Federal Medical Center**
   (b) Address: **P.O. Box 1600**
                **Butner, NC 27509**
   (c) Your identification number: **#64105-050**
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☐ State authorities  ☒ Other - explain: **Congressional Authority**
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): **Habeas Corpus**
                      **Outrageous Government**
                      **Punitive Government**

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): _President Donald Trump campaign promise about paying bills and convicting terrorists_

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _Executive Branch Washington, DC 20220_

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes        ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

_____
_____
_____

(b) If you answered "No," explain why you did not appeal: _____
_____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes     ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255** N/A

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes      ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☐ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    _____
    _____
    _____
    _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes      ☐ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes  ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: President Donald Trump is not paying Doe v. U.S. 95 Fdcl 546, Bussie v. U.S. 96 Fdcl 89 and others totalling $27 trillion dollars to an African American federal contractor Bussie house at the African American Museum on 7th & Arch, Phila, PA 19106.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Anthony Bussie remain unpaid and slave. Federal Court of Claim remain retaining Bussie claim Increasing the number of pages for Museums

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: President Trump is not convicting (14) AlQeada 9/11 Terrorist conspiracier kicked out of New York District Court in the matter of non payments in Bussie v. US 96 Fd Cl 89

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

New York District Court cannot convict terrorist
Military Court cannot convict terrorist
Federal Claim court cannot remove Bussie claim
New Jersey District Court cannot convict Bussie
North Carolina District Court cannot convict Bussie

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE: President Trump has no care for promoting African American Federal contractor Anthony Bussie currently False arrested and Habeas Corpus (2017 to 2019 et. seq.) see Bussie v. US. 14cv2432 (DNJ)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

President Trump fired Omarosa Manigul at Africa-American Outreach program part of the Executive Branch.

Special Counsel Robert Mueller investigated Trump's lawyer Michael Cohen. Cohen said Trump do not favor African Americans voters.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

GROUND FOUR: President Donald Trump broken campaign promises to enforce black slavery not paying deadbeat bills and enforce immunities not to convict (14) Al Qeada 9/11 Terrorist Conspiracies.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

President Donald Trump is working hard on campaign promise work except for convicting (14) Al Qeada 9/11 Terrorist conspiracies killing 3,000 people on September 11, 2001.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: What I need this court to do is open communications with Special Counsel Robert Mueller about this defensive claim alleging on President Donald Trump 1) not paying dead beat bills and 2) not convicting (14) Al Qeada 9/11 Conspiracies. Both are President's campaign promises needing Special Counsel Mueller investigations.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

4/23/2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/23/2019     _____
                    Signature of Petitioner

                    _____
                    Signature of Attorney or other authorized person, if any